UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DEBRA DONOVAN, <br> MICHELLE CAMARATA, <br> RICHARD CAMARATA, and <br> KIM FERRANDINO, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTIN KARA DUNN-GEORGE <br> a/k/a KRISTIN GEORGE and <br> HUGH KENDALL as Trustee of the <br> Revocable Living Trust of <br> JAMES S. CAMARATA and <br> DONNA L. CAMARATA, <br><br> Defendants. | No.: 1:23-CV-109-KAC-SKL |

## JUDGMENT

In the Order Granting Defendants' Motion to Dismiss [Doc. 39] the Court **DISMISSED** Plaintiff's claims against all Defendants without prejudice. Accordingly, the Court **DIRECTS** the Clerk to close this action.

**SO ORDERED**.

                                                                               /s/ Katherine A. Crytzer
                                                                               KATHERINE A. CRYTZER
                                                                               United States District Judge

ENTERED AS A JUDGMENT:
  *s/ LeAnna R. Wilson*
  CLERK OF COURT